UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MATTHEW FARRELL,

              Plaintiff,            25-cv-5958 (JGK)

    - against -              ORDER

PORT AUTHORITY TRANS HUDSON CORP.,

              Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties should provide the Court a status report by November 24, 2025.

SO ORDERED.

Dated:    New York, New York
           September 22, 2025

                                            John G. Koeltl
                                   United States District Judge