UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MATTHEW FARRELL,
                    Plaintiff(s)

          25 civ 5958 (JGK)

      -against-

PORT AUTHORITY TRANS HUDSON CORP,
                    Defendant(s).
------------------------------------------------------------X

## ORDER

The conference scheduled for Wednesday, October 22, 2025, at 3:30pm, is canceled.

**SO ORDERED.**

                                           **JOHN G. KOELTL**
                                   **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         October 15, 2025