UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MATTHEW FARRELL,

                    Plaintiff,                25-cv-5958 (JGK)

      - against -                  ORDER

PORT AUTHORITY TRANS HUDSON CORP.,

                    Defendant.

---

JOHN G. KOELTL, District Judge:

On July 21, 2025, the plaintiff filed the complaint in this case alleging certain personal-injury claims. ECF No. 1. The Court referred the case for mediation to the Court's Alternative Dispute Resolution program on August 5, 2025. ECF No. 7. The defendant answered the complaint on September 19, 2025. ECF No. 8. On November 18, 2025, the mediator reported that mediation was unsuccessful.

The parties are therefore directed to submit a Rule 26(f) report by **December 16, 2025.**

SO ORDERED.

Dated:    New York, New York
          December 2, 2025

                                    John G. Koeltl
                         United States District Judge